IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VANDELAY INVESTMENTS, L.L.C., a limited liability company, </br></br> Plaintiff, </br></br> vs. </br></br> TD INVESTMENT COMPANY, a NEBRASKA GENERAL PARTNERSHIP; ET AL., </br></br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 8:09-cv-284 </br></br> **CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE AND ORDER OF REFERENCE** |

## CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| /s/ Randy James | For: Vandelay Investments, LLC | 11/04/09 |
| /s/ Emmett D. Childers | For: TD Investment Company | 11/04/09 |
| /s/ Emmett D. Childers | For: American National Bank | 11/04/09 |
| /s/ Robert F. Peterson | For: Robert F. Peterson | 11/05/09 |
| /s/ Robert F. Peterson | For: Michael J. Dudzinski | 11/05/09 |
| /s/ Laurie M. Barrett | For: Robert F. Peterson | 11/05/09 |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable Thomas D. Thalken, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

11/12/2009                               _____[signature]_____
      Date                                    United States District Judge

1